# EXHIBIT A



## Automated Wire Transfer Request

## Customer Information

*Customer Name: BEVERLY CHIN-TAM    *Phone# [ ] 5976    (xxx-xxx-xxxx)  Extn [ ]

Authorized Representative (if applicable): [ ]

(The individual communicating the wire instructions on behalf of a business or Attorney in Fact/Agent.)

*Photo ID Type: US State Driver's License w/ Photo    *ID# [ ]

Issued By: MA    Issue Date (mm-dd-yyyy) 03/13/2018    Expiration Date (mm-dd-yyyy) 09/01/2023

Additional ID Type (if applicable): - Select -    ID# [ ]

Issued By: [ ]    Issue Date (mm-dd-yyyy) [ ]    Expiration Date (mm-dd-yyyy) [ ]

## Transaction Information

Entry Operator: J042757

Payment Amount (x,xxx.xx): 200,000.00    Currency: USD - US DOLLAR

Date: Send  14  APR  2023

## Debit Party

| | | |
|---|---|---|
| D-DDA | Account Number | [ ]2378 |
| | Full Name | BEVERLY CHIN-TAM |
| | Street address | PETER TAM |
| | City, State, Zipcode | 483 WELLESLEY ST |
| | | WESTON    MA 024932600 |

NOTE: If Wire Transfer Form contains a P.O. Box as customer address, verify physical address on file.

House

## Beneficiary

| | | |
|---|---|---|
| Not On Us ∨ | **Account Number** | 2968 |
| | **Full Name** | JJ CONSTRUCTION AND DESIGN INC |
| | **Street address** | |
| | **City, State, Zipcode** | |

\***Beneficiary Phone# (xxx-xxx-xxxx)** 5976

## Final Beneficiary Bank

| | | |
|---|---|---|
| A-ABA ∨ | **Routing Number** | 9593 |
| | **Bank Name** | BANK OF AMERICA, N.A., NY |
| | **Street Address** | |
| | **City, State, Zipcode** | NEW YORK, NY |

## Bank to Bank Information

## Originator to Beneficiary Information

**Client Acknowledgement**

I have received, read, and understand the Automated Wire Transfer Request Form - Terms and Conditions. I acknowledge and certify to the accuracy of all the information contained herein and agree to pay the applicable fee plus correspondent bank charges, if any.

Customer signature _____

(use if two signatures are required)

Branch representative: _Rubaa__ _Cansour_ (No initials)
(Name)

Branch # : __779__    Branch Phone # : _781-891-1500_

Date: _4/14/23_   Reference # _0000 9477_

I have verified the customer to the identification indicated above

_____ / _____
(Banker's handwritten initials and E#)

Wires $18K USD or greater fax to CWG 1.888.666.0132 (CT, MA, NH, RI, VT) or 1.888.666.0134 (DE, MI, NJ, NY, OH, PA)

Photo copy: provide one copy to the customer and keep original signed by customer in branch file designated for wire requests.

## Citizens Private Client Money Market for XXXXXX-237-8 Continued

### TRANSACTION DETAILS FOR PERSONAL MONEY MARKET ACCOUNT ENDING 237-8

**Withdrawals & Debits ***
**\*\*May include checks that have been processed electronically by the payee/merchant.*

| Date | Amount | Description | | Previous Balance |
|------|--------|-------------|---|------|
| | | | | 308,474.40 |
| | | | | **Total Withdrawals & Debits** |
| *Other Withdrawals & Debits* | | | | |
| 04/14 | 200,000.00 | OUTGOING WIRE TRANSFER (MTS NO.230414009477) | - | 243,183.00 |

### Interest

| Date | Amount | Description | | Total Interest Paid |
|------|--------|-------------|---|------|
| 05/11 | 37.74 | INTEREST | + | 37.74 |

### Daily Balance

| Date | Balance | Date | Balance | Date | Balance | | Current Balance |
|------|---------|------|---------|------|---------|---|------|
| 04/14 | 108,474.40 | 04/18 | 85,291.40 | 05/08 | 65,291.40 | = | 65,329.14 |
| 04/17 | 103,474.40 | 04/28 | 75,291.40 | 05/11 | 65,329.14 | | |

NEWS FROM CITIZENS

Member FDIC ⌂ Equal Housing Lender