# EXHIBIT E

## ⚹ Citizens™

CITIZENS
Mailstop ROP480
1 Citizens Drive
Riverside, RI 02915



AB 01 000341 16967 H 2 A
BEVERLY CHIN-TAM
191 WASHINGTON ST
UNIT 501
BOSTON     MA 02135-3582

*Received*

TO: BEVERLY CHIN-TAM

Your CITIZENS Account Number XXXXXX0530 has been credited on 2024-09-16 for an incoming wire transfer as follows.

```
                    AMOUNT USD    :           $50,000.00
                    MTS TRN       :      20240916-000475
```

DBT: A/026009593                         1ST IBK: /
  BANK OF AMERICA, N.A., NY
  NEW YORK, NY

SEND: /                                  INTR BNK: /

2024091600051951
ORDER BNK: /BOFAUS3N                     BNF BNK: /
  BANK OF AMERICA, N.A.
  222 BROADWAY
  NEW YORK,NY,US

ORIG: /▇▇▇▇7588                          BNF: /
  JUN CHEN
  28425 FOX HOLLOW DR
  HAYWARD
  CA 94542 US
  FL5QH3267

Additional information (if applicable)
FED OMAD: 0916B6B7HU4R00506509160411FT03/POSTING TIME: 2024-09-16 06:37:43.29

Thank you for your business. For inquiries please call 1-877-471-1961.