# EXHIBIT A

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**PETER TAM, ET AL.**
*Plaintiff*

v.

**JUN HAI CHEN**
*Defendant*

Civil Action No.:
**1:25–CV–10484–DJC**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Jun Hai Chen
28425 Fox Hollow Dr.
Hayward, CA  94542

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

  Matthew A. Gens | Berluti, McLaughlin & Kutchin LLP
  44 School Street, Ninth Floor | Boston, MA  02108

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**
*CLERK OF COURT*

 **/s/ – Lilian O'Connor**
*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2025–02–28 15:49:17**, Clerk USDC DMA

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Matthew Gens SBN 675393<br>Berluti McLaughlin & Kutchin LLP<br>44 School St 9th Floor<br>Boston, MA 02108<br>ATTORNEY FOR   Plaintiff | (617) 519-3030 | |
| DISTRICT COURT, BOSTON<br>1 Courthouse Way Ste 2300<br>Boston, MA 2210 | | |
| SHORT TITLE OF CASE:<br>Peter Tam, et al. v. Chen, Jun Hai | | |
| DATE:       TIME:       DEP./DIV. | | CASE NUMBER:<br>1:25-CV-10484-DJC |
| **Affidavit of Service by Posting** | | Ref. No. or File No:<br>Peter Tam, et al. |

I, **Jason M. Burke**, declare that on **3/6/2025** at the time of service I was at least 18 years of age, not a party to this action and reside in the **State of California**. I served the within:

**Summons in a Civil Action; Complaint; Civil Case Cover Sheet**

And that on: **3/6/2025**       at: **06:04 PM**, I served said documents on **Jun Hai Chen** by Posting and Mailing.

By posting a copy for said party in a conspicuous place on the property therein described, there being no person of suitable age or discretion to be found at any known place of residence or business of said party and mailing a copy to said party by depositing said copies in the United States Mail in a sealed envelope with postage fully prepaid, (Declaration of Mailing Attached) addressed to the party at the address where served:

At:  **28425 Fox Hollow Dr  Hayward, CA 94542**

A declaration of diligence and/or mailing is attached, if applicable.

Person who served papers:

  a. Name: **Jason M. Burke**
  b. I am a: **Registered California Process Server - Independent Contractor**, Registration: **#555**, County: **Alameda**
  c. Address: **D&R Legal Process Service, LLC. 39159 Paseo Padre Pkwy. # 112, Fremont, CA 94538**
  d. Telephone number: **510-797-9996**
  e. **The fee** for this service was: **$180.00**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*/s/ Jason M. Burke*

Jason M. Burke                             Date:

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Matthew Gens SBN 675393<br>Berluti McLaughlin & Kutchin LLP<br>44 School St 9th Floor<br>Boston, MA 02108<br>ATTORNEY FOR   Plaintiff | (617) 519-3030 | |
| DISTRICT COURT, BOSTON<br>1 Courthouse Way Ste 2300<br>Boston, MA 2210 | | |
| SHORT TITLE OF CASE:<br>Peter Tam, et al. v. Chen, Jun Hai | | |
| DATE:       TIME:       DEP./DIV. | | CASE NUMBER:<br>1:25-CV-10484-DJC |
| **Proof of Service by Mail** | | Ref. No. or File No:<br>Peter Tam, et al. |

**FILE BY FAX**

I am a citizen of the United States and employed in the **County of Alameda** State of California. I am and was on the dates herein mentioned, over the age of eighteen years and not a party to the action.

On **03/07/2025** after substituted service was made, I served the within:

*Summons in a Civil Action; Complaint; Civil Case Cover Sheet*

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail At: **Fremont**, **California**, addressed as follows:
**Jun Hai Chen -
28425 Fox Hollow Dr  Hayward, CA 94542**

Person attempting service:

   a. Name: **Jason M. Burke**
   b. Address: **D&R Legal Process Service, LLC. 39159 Paseo Padre Pkwy. # 112, Fremont, CA 94538**
   c. Telephone number: **510-797-9996**
   d. **The fee** for this service was: **$180.00**
   e. I am:
   (3) [X] a **Registered California Process Server**:
         (i) [X] **Independent Contractor**
         (ii) Registration No.: **#555**
         (iii) County: **Alameda**

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*/s/ Jason M. B*

                                                        Jason M. Burke                      Date: