# EXHIBIT B



Documents Posted: Documents Posted,
March 6, 2025 at 6:04 PM
28425 Fox Hollow Dr, Hayward, Ca 94542
37.6587, -122.0193



Documents Posted: Documents Posted, .
March 6, 2025 at 6:04 PM
28425 Fox Hollow Dr, Hayward, Ca 94542
37.6587, -122.0193