# EXHIBIT A



# Automated Wire Transfer Request

## Customer Information

*Customer Name: BEVERLY CHIN-TAM  
*Phone#: ███-███-5976 (xxx-xxx-xxxx)  Extn:

Authorized Representative (if applicable):  
(The individual communicating the wire instructions on behalf of a business or Attorney in Fact/Agent.)

*Photo ID Type: US State Driver's License w/ Photo  
*ID#: ████████  
Issued By: MA  
Issue Date (mm-dd-yyyy): 03/13/2018  
Expiration Date (mm-dd-yyyy): 09/01/2023

Additional ID Type (if applicable): - Select -  
ID#:  
Issued By:  
Issue Date (mm-dd-yyyy):  
Expiration Date (mm-dd-yyyy):

## Transaction Information

Entry Operator: J042757

Payment Amount (x,xxx.xx): 200,000.00  
Currency: USD - US DOLLAR  
Date: Send  14  APR  2023

## Debit Party

D-DDA  
Account Number: ████2378  
Full Name: BEVERLY CHIN-TAM  
Street address: PETER TAM  
City, State, Zipcode: 483 WELLESLEY ST  
WESTON    MA 024932600

NOTE: If Wire Transfer Form contains a P.O. Box as customer address, verify physical address on file.

*[signature: House]*

https://rpi:8661/prod_webmts_war/entBeneficiaryTransfer.do    4/14/2023

## Beneficiary

| | | |
|---|---|---|
| Not On Us ▼ | Account Number | ▓▓▓▓2968 |
| | Full Name | JJ CONSTRUCTION AND DESIGN INC |
| | Street address | |
| | City, State, Zipcode | |

*Beneficiary Phone# (xxx-xxx-xxxx): ▓▓▓5976

## Final Beneficiary Bank

| | | |
|---|---|---|
| A-ABA ▼ | Routing Number | ▓▓▓9593 |
| | Bank Name | BANK OF AMERICA, N.A., NY |
| | Street Address | |
| | City, State, Zipcode | NEW YORK, NY |

## Bank to Bank Information

## Originator to Beneficiary Information

### Client Acknowledgement

I have received, read, and understand the Automated Wire Transfer Request Form - Terms and Conditions. I acknowledge and certify to the accuracy of all the information contained herein and agree to pay the applicable fee plus correspondent bank charges, if any.

Customer signature _____

(use if two signatures are required)

Branch representative: _Rubaa Cansow_ (No initials)
(Name)

Branch#: 779    Branch Phone#: 781-841-1500
Date: 4/14/23    Reference#: 00009477

I have verified the customer to the identification indicated above
_____ / ____
(Banker's handwritten initials and E#)

Wires $18K USD or greater fax to CWG 1.888.656.0132 (CT, MA, NH, RI, VT) or 1.888.666.0134 (DE, MI, NJ, NY, OH, PA)

Photo copy: provide one copy to the customer and keep original signed by customer in branch file designated for wire requests.

https://rpi:8661/prod_webmts_war/entBeneficiaryTransfer.do    4/14/2023

## Citizens Private Client Money Market for XXXXXX-237-8 Continued

### TRANSACTION DETAILS FOR PERSONAL MONEY MARKET ACCOUNT ENDING 237-8

**Withdrawals & Debits \*\***
\*\*May include checks that have been processed electronically by the payee/merchant.

| Date | Amount | Description |
|---|---|---|
| *Other Withdrawals & Debits* | | |
| 04/14 | 200,000.00 | OUTGOING WIRE TRANSFER (MTS NO.230414009477) |

| | |
|---|---|
| **Previous Balance** | 308,474.40 |
| **Total Withdrawals & Debits** | − 243,183.00 |

**Interest**

| Date | Amount | Description |
|---|---|---|
| 05/11 | 37.74 | INTEREST |

| | |
|---|---|
| **Total Interest Paid** | + 37.74 |

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04/14 | 108,474.40 | 04/18 | 85,291.40 | 05/08 | 65,291.40 |
| 04/17 | 103,474.40 | 04/28 | 75,291.40 | 05/11 | 65,329.14 |

| | |
|---|---|
| **Current Balance** | = 65,329.14 |

NEWS FROM CITIZENS

Member FDIC  Equal Housing Lender