# EXHIBIT D

# ❋ Citizens™

CITIZENS
Mailstop ROP480
1 Citizens Drive
Riverside, RI 02915



AB 01 000563 74890 H 2 A

BEVERLY CHIN-TAM
191 WASHINGTON ST
UNIT 501
BOSTON    MA 02135-3582

*Received*

TO: BEVERLY CHIN-TAM

Your CITIZENS Account Number XXXXXX0530 has been credited on 2024-08-09 for an incoming wire transfer as follows.

```
                           AMOUNT USD     :              $100,000.00
                           MTS TRN        :           20240809-007075
```

DBT: A/026009593                          1ST IBK: /
   BANK OF AMERICA, N.A., NY
   NEW YORK, NY


SEND: /                                   INTR BNK: /


2024080900354078
ORDER BNK: /BOFAUS3N                      BNF BNK: /
   BANK OF AMERICA, N.A.
   222 BROADWAY
   NEW YORK,NY,US


ORIG: /█████7588                          BNF: /
   JUN CHEN
   26425 FOX HOLLOW DR
   HAYWARD
   CA 94542 2246 US
   MK5QV9PSV

Additional information (if applicable)
FED OMAD: 0809B6B7HU4R00947408091132FT03/POSTING TIME: 2024-08-09 13:09:39.42


Thank you for your business. For inquiries please call 1-877-471-1961.