# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER TAM and BEVERLY CHIN-TAM,<br><br>  Plaintiffs,<br><br>  v.<br><br>JUN HAI CHEN<br><br>  Defendant | Case No. 1:25-cv-10484-DJC |

**DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFFS' REQUEST FOR DEFAULT JUDGMENT PURSUANT TO FED.R.CIV.P. 55(b)(1)**

Pursuant to 28 U.S.C. § 1746, the undersigned deposes and states as follows:

1. I, Matthew Gens, am counsel for the Plaintiffs in this matter.

2. I am submitting this declaration solely for the purpose of supporting and authenticating the attorneys' fees and costs that the Plaintiffs request in this matter.

3. I am an attorney with Berluti McLaughlin & Kutchin LLP ("BMK"), located at 44 School Street, 9th Floor, Boston, Massachusetts.

4. I earned my Bachelor of Arts, *summa cum laude*, from Dartmouth College, and my Juris Doctor from Harvard Law School, *cum laude*. I have been a member of the Massachusetts bar since 2009, and my practice has always been concentrated in litigation. I have served as counsel on behalf of the Plaintiffs from shortly prior to the filing of this suit.

5. John McLaughlin is a partner with BMK. He has been a member of the Massachusetts bar since 1981, his practice focuses on business planning and transactions as well as estate planning, and he does work in real estate and civil litigation as well. His work on this matter, which accounts for a smaller fraction of the fees, was concentrated in the pre-suit period.

6. BMK is a boutique law firm that focuses on the practice areas of civil litigation, real estate, business planning and transactions, and estate planning.

7. The work in this action has entailed pre-suit fact development and analysis, the preparation and service of the pleadings, as well as the request for default and a default judgment.

8. Throughout the course of this matter, professional services rendered for this matter by all BMK timekeepers have been billed at their normal rates, which are both fair and reasonable, and are the usual rates charged by BMK for cases of this nature.

9. My own rate has been $500 per hour in 2025. Mr. McLaughlin's rate has been $600 per hour in 2024, and $625 per hour in 2025.

10. The following is a compilation from the legal bills, which are attached as an addendum to this Declaration. Costs are also included below as well.

| **Individual** | **Regular Rate** | **Time Spent** | **Total Billed** |
|---|---|---|---|
| **2024** | | | |
| John McLaughlin, Partner | $600/hour | 4.5 hours | $2,700.00 |
| SUBTOTAL FOR 2024 LEGAL FEES | | | $2,700.00 |
| **2025 [billed through March]** | | | |
| Matthew Gens, Associate | $500/hour | 15.2 hours | $7,600.00 |
| John McLaughlin, Partner | $625/hour | 3 hours | $1,875.00 |
| SUBTOTAL FOR 2025 LEGAL FEES [THROUGH MARCH] | | | $9,475.00 |
| TOTAL LEGAL FEES | | | $12,175.00 |

**Total Costs**
| | |
|---|---|
| Postage | $51.57 |
| Filing Fees | $405.00 |
| Service of Process | $185.40 |
| TOTAL COSTS: | $641.97 |

**TOTAL BILLED ATTORNEYS' FEES AND COSTS:**     **$12,816.97**

11.     The above calculations encompass all work performed through the last completed invoice, which is for March of 2025.  The work for April of 2025, including the work to prepare the accompanying materials in support of the request for default judgment, is still in process, and Plaintiffs anticipate supplementing their filing with the Court with the April invoice when ready.

12.     Every charge appended to this declaration was contemporaneously recorded by standard practices employed by BMK.  Each fee charged and cost incurred is related to BMK's representation of Plaintiffs in this dispute with Defendant and is reasonable.

13.     I am familiar with the attorneys' fees charged within the Commonwealth and the greater Boston area for matters of comparable complexity, and based upon the nature and extent of the legal and factual issues involved in this case, the competence demonstrated by counsel, the results obtained, and the relief sought by Plaintiffs, I aver that the legal fees incurred in the successful prosecution of this case are fair and reasonable based upon the time spent.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 24, 2025.

*/s/ Matthew A. Gens*
Matthew A. Gens, Esq. (BBO # 675393)

## CERTIFICATE OF SERVICE

I, Matthew A. Gens, hereby certify that on April 24, 2025, a true and correct copy of this document filed through the ECF system has been sent by USPS Priority Mail to the Defendant, at his residential address, as follows:

> Jun Hai Chen
> 28425 Fox Hollow Dr.
> Hayward, CA  94542

> */s/ Matthew A. Gens*
> Matthew A. Gens

# BERLUTI MCLAUGHLIN & KUTCHIN LLP

COUNSELLORS AT LAW

44 School Street 9th Floor
Boston, MA 02108

617-557-3030

Peter S. & Beverly Chin Tam
191 Washington St.
Unit 501
Boston, MA 02135

October 31, 2024

Statement No.   59415

Re: Baby Cafe

## PROFESSIONAL SERVICES

| Date | | | Hours | |
|---|---|---|---|---|
| 10/30/2024 | JTM | Telephone conference with client, review emails. | 0.50 | |
| | | **Fees for Professional Services Rendered** | 0.50 | 300.00 |

### Timekeeper Summary

| Name | Hours | Rate | Total |
|---|---|---|---|
| John T. McLaughlin | 0.50 | $600.00 | $300.00 |

**Total New Charges**   300.00

**TOTAL BALANCE NOW DUE**   $300.00

**PLEASE MAKE CHECKS PAYABLE TO
BERLUTI MCLAUGHLIN & KUTCHIN LLP**

# BERLUTI MCLAUGHLIN & KUTCHIN LLP

COUNSELLORS AT LAW

44 School Street 9th Floor
Boston, MA 02108

617-557-3030

Peter S. & Beverly Chin Tam
191 Washington St.
Unit 501
Boston, MA   02135

November 30, 2024

Statement No.   59737

Re: Baby Cafe

### PROFESSIONAL SERVICES

|            |     |                                                           | Hours |          |
|------------|-----|-----------------------------------------------------------|-------|----------|
| 11/04/2024 | JTM | Meet with client.  Review records, travel.                | 2.00  |          |
| 11/06/2024 | JTM | Send texts and emails to Jun Chin.  Draft letter.         | 0.80  |          |
| 11/22/2024 | JTM | Telephone conference with client.  Draft letter to attorney. | 0.60 |          |
|            |     | **Fees for Professional Services Rendered**               | 3.40  | 2,040.00 |

#### Timekeeper Summary

| Name              | Hours | Rate    | Total      |
|-------------------|-------|---------|------------|
| John T. McLaughlin | 3.40 | $600.00 | $2,040.00  |

| **Total New Charges** | 2,040.00 |
|---|---|
| Previous Balance | $300.00 |

#### Payments

| 11/18/2024 | Payment received - Check No. 178 | -300.00 |
|---|---|---|

| **TOTAL BALANCE NOW DUE** | **$2,040.00** |
|---|---|

**PLEASE MAKE CHECKS PAYABLE TO
BERLUTI MCLAUGHLIN & KUTCHIN LLP**

## BERLUTI MCLAUGHLIN & KUTCHIN LLP

COUNSELLORS AT LAW

44 School Street 9th Floor
Boston, MA 02108

617-557-3030

Peter S. & Beverly Chin Tam
191 Washington St.
Unit 501
Boston, MA 02135

December 31, 2024

Statement No.   60157

Re: Baby Cafe

**PROFESSIONAL SERVICES**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 12/13/2024 | JTM | Telephone conference with attorney.  Telephone conference with client. | 0.60 |  |
|  |  | **Fees for Professional Services Rendered** | 0.60 | 360.00 |

**Timekeeper Summary**

| Name | Hours | Rate | Total |
|---|---|---|---|
| John T. McLaughlin | 0.60 | $600.00 | $360.00 |

| **Total New Charges** | 360.00 |
|---|---|
| Previous Balance | $2,040.00 |

**Payments**

| 12/17/2024 | Payment received - Check No. 207 | -2,040.00 |
|---|---|---|
| **TOTAL BALANCE NOW DUE** |  | $360.00 |

**PLEASE MAKE CHECKS PAYABLE TO
BERLUTI MCLAUGHLIN & KUTCHIN LLP**

# BERLUTI MCLAUGHLIN & KUTCHIN LLP

COUNSELLORS AT LAW

44 School Street 9th Floor
Boston, MA 02108

617-557-3030

Peter S. & Beverly Chin Tam
191 Washington St.
Unit 501
Boston, MA   02135

January 31, 2025

Statement No.   60531

Re: Baby Cafe

## PROFESSIONAL SERVICES

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 01/08/2025 | MAG | Meet with J. McLaughlin regarding dispute over outstanding unpaid loan investments. | 0.50 | |
| | JTM | Telephone conference with client. Work on demand letter. | 0.50 | |
| 01/14/2025 | JTM | Telephone conference with attorney. Follow up letter and emails. | 0.70 | |
| 01/22/2025 | JTM | Telephone conference with attorney. Telephone conference with client, emails. | 0.60 | |
| 01/28/2025 | JTM | Telephone conference with attorney for Jun Chen. | 0.30 | |
| | | **Fees for Professional Services Rendered** | **2.60** | **1,562.50** |

### Timekeeper Summary

| Name | Hours | Rate | Total |
|---|---|---|---|
| John T. McLaughlin | 2.10 | $625.00 | $1,312.50 |
| Matthew A. Gens | 0.50 | 500.00 | 250.00 |

**Total New Charges** — 1,562.50

Previous Balance — $360.00

### Payments

| 01/28/2025 | Payment received - Check No. 213 | -360.00 |

**TOTAL BALANCE NOW DUE** — $1,562.50

PLEASE MAKE CHECKS PAYABLE TO
BERLUTI MCLAUGHLIN & KUTCHIN LLP

**BERLUTI MCLAUGHLIN & KUTCHIN LLP**

COUNSELLORS AT LAW

44 School Street 9th Floor
Boston, MA 02108

617-557-3030

Peter S. & Beverly Chin Tam
191 Washington St.
Unit 501
Boston, MA   02135

February 28, 2025

Statement No.   60874

Re: Baby Cafe

**PROFESSIONAL SERVICES**

|            |     |                                                                                                                  | Hours |     |
|------------|-----|------------------------------------------------------------------------------------------------------------------|-------|-----|
| 02/04/2025 | MAG | Correspondence with J. McLaughlin regarding court dockets as to Jun Hai Chen. | 0.10 | |
| 02/07/2025 | MAG | Review case documents; notes on strategy and anticipated claims for complaint. | 0.20 | |
|            | MAG | Begin drafting complaint. | 1.10 | |
| 02/10/2025 | MAG | Work on draft complaint. | 0.60 | |
|            | MAG | Meet with J. McLaughlin regarding draft complaint. | 0.10 | |
| 02/11/2025 | JTM | Telephone conference with client. | 0.60 | |
|            | MAG | Work on draft complaint. | 2.10 | |
|            | MAG | Lengthy call with P. Tam and J. McLaughlin regarding facts concerning anticipated complaint. | 0.60 | |
|            | MAG | Meet with J. McLaughlin following call with P. Tam and review additional fact documents concerning same. | 0.20 | |
| 02/12/2025 | MAG | Work on draft complaint. | 0.30 | |
| 02/13/2025 | MAG | Draft civil cover sheet and category sheet for anticipated filing of complaint. | 0.60 | |
| 02/18/2025 | MAG | Further revisions to draft complaint. | 0.40 | |
|            | MAG | Correspondence with P. Tam regarding draft complaint. | 0.40 | |
| 02/27/2025 | MAG | Correspondence with J. McLaughlin regarding anticipated complaint. | 0.30 | |
|            | MAG | Calls with P. Tam regarding complaint. | 0.70 | n/c |
|            | MAG | Revise draft complaint following call with P. Tam and correspondence with P. Tam regarding same. | 0.80 | |
|            | MAG | Work preparing exhibits, as to be redacted, for complaint anticipated to be filed with federal court. | 0.90 | |
| 02/28/2025 | MAG | Finalize and coordinate filing of complaint and associated materials. | 0.10 | |
|            | MAG | Draft correspondence and coordinate for service on defendant J. Chen. | 0.80 | |
|            | MAG | Correspondence and call with P. Tam regarding complaint as filed; notes regarding same. | 0.40 | |

Peter S. & Beverly Chin Tam                                                                February 28, 2025
RE: Baby Cafe                                                                       Statement No.   60874
                                                                                            Page No.   2

| | | | Hours | |
|---|---|---|---:|---:|
| **Fees for Professional Services Rendered** | | | 10.60 | 5,375.00 |

<u>Timekeeper Summary</u>

| <u>Name</u> | <u>Hours</u> | <u>Rate</u> | <u>Total</u> |
|---|---:|---:|---:|
| John T. McLaughlin | 0.60 | $625.00 | $375.00 |
| Matthew A. Gens | 10.00 | 500.00 | 5,000.00 |

<u>EXPENSES</u>

| 02/28/2025 | Commonwealth of MA - filing fee | 405.00 |
|---|---|---:|
| | **Total Expenses** | 405.00 |
| | **Total New Charges** | 5,780.00 |
| | Previous Balance | $1,562.50 |

<u>Payments</u>

| 02/21/2025 | Payment received - Check No. 215 | -1,562.50 |
|---|---|---:|
| | **TOTAL BALANCE NOW DUE** | $5,780.00 |

**PLEASE MAKE CHECKS PAYABLE TO
BERLUTI MCLAUGHLIN & KUTCHIN LLP**

# BERLUTI MCLAUGHLIN & KUTCHIN LLP

COUNSELLORS AT LAW

44 School Street 9th Floor
Boston, MA 02108

617-557-3030

Peter S. & Beverly Chin Tam
191 Washington St.
Unit 501
Boston, MA  02135

March 31, 2025

Statement No.   61172

Re: Baby Cafe

**PROFESSIONAL SERVICES**

|  |  |  | Hours |  |
|---|---|---|---:|---:|
| 03/05/2025 | MAG | Correspondence with J. McLaughlin regarding as-filed complaint and service efforts. | 0.20 | |
| 03/06/2025 | MAG | Locate applicable process server in environs of J. Chen residence and have detailed call with same to coordinate service of summons and complaint. | 0.60 | |
|  | JTM | Emails with Chen's attorney. | 0.30 | |
| 03/07/2025 | MAG | Follow-up correspondence with process server regarding service. | 0.10 | |
| 03/10/2025 | MAG | Call with process server company regarding anticipated return of service. | 0.10 | |
| 03/11/2025 | MAG | Review service documentation provided by process server; draft declaration of counsel as to service with contemplated exhibits; file same with court. | 1.90 | |
| 03/13/2025 | MAG | Speak with J. McLaughlin and P. Tam regarding case status and immediate next steps. | 0.20 | |
|  | MAG | Draft amended complaint; coordinate filing and service of same. | 0.80 | |
| 03/31/2025 | MAG | Work on request for default. | 0.80 | |
|  |  | **Fees for Professional Services Rendered** | 5.00 | 2,537.50 |

**Timekeeper Summary**

| Name | Hours | Rate | Total |
|---|---:|---:|---:|
| John T. McLaughlin | 0.30 | $625.00 | $187.50 |
| Matthew A. Gens | 4.70 | 500.00 | 2,350.00 |

**EXPENSES**

| 03/03/2025 | Postage | 10.62 |
|---|---|---:|
| 03/03/2025 | FedEx to Jun Hai Chen | 40.95 |
| 03/11/2025 | D&R Legal Process Svc - Service of Process to Jun Hai Chen | 185.40 |
|  | **Total Expenses** | 236.97 |

Peter S. & Beverly Chin Tam

RE: Baby Cafe

March 31, 2025
Statement No.  61172
Page No.  2

| | | |
|---|---|---:|
| **Total New Charges** | | 2,774.47 |
| Previous Balance | | $5,780.00 |
| | Payments | |
| 03/31/2025 | Payment received - Check No. 221 | -5,780.00 |
| **TOTAL BALANCE NOW DUE** | | $2,774.47 |

**PLEASE MAKE CHECKS PAYABLE TO**
**BERLUTI MCLAUGHLIN & KUTCHIN LLP**