# EXHIBIT D

**Appendix A**

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Peter Tam and Beverly Chin-Tam
**Plaintiff(s)**

v.                                CIVIL ACTION NO. 1:25-cv-10484-DJC

Jun Hai Chen
**Defendant(s)**

### FORM OF DEFAULT JUDGMENT

Casper , D.J.

Defendant Jun Hai Chen having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the sum of $ $762,175.00 that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the sum of $ $641.97 .

It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant Jun Hai Chen the principal amount of $ $762,175.00 , with costs in the amount of $ 641.97 and prejudgment interest at the rate of 12 % from February 28, 2025 to _____ in the amount of $ _____ for a total judgment of $ _____ with interest as provided by law.

By the Court,

Dated: _____                           _____
                                         **Deputy Clerk**

NOTE:  The post judgment interest rate effective this date is ____ %.