Appendix A

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Peter Tam and Beverly Chin-Tam
_____
            Plaintiff(s)

v.                                    CIVIL ACTION NO. 1:25-cv-10484-DJC

Jun Hai Chen
_____
            Defendant(s)

## FORM OF
## DEFAULT JUDGMENT

Casper_____, D.J.

Defendant __Jun Hai Chen_____ having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the sum of $ __$762,175.00_____ that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the sum of $__$641.97_____.

It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant __Jun Hai Chen_____ the principal amount of $ __$762,175.00_____, with costs in the amount of $ __641.97_____ and prejudgment interest at the rate of __12__ % from __February 28, 2025__ to __5/27/25__ in the amount of $ _____ for a total judgment of $_____
_____ with interest as provided by law.

Dated: 5/27/25

By the Court,

_Lisa M Hourihan_
Deputy Clerk

NOTE: The post judgment interest rate effective this date is ____%.

3